**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE: NORTH AMERICAN
CLEARING, INC.,

          Debtor.                                                    Bankr. Adv. No. 6:08-ap-145-KSJ

_____

RICHARD L. GOBLE,

          Appellant,

v.                                                                            Case No. 6:15-cv-2112-Orl-37

ROBERT N. GILBERT; SECURITIES
INVESTOR PROTECTION
CORPORATION; JOSEPHINE WANG;
and CHRISTOPHER LAROSA,

          Appellees.

_____

**ORDER**

This cause is before the Court on Opinion and Mandate of the United States Court of Appeals for the Eleventh Circuit (Doc. 47), filed June 29, 2016.

**DISCUSSION**

On June 21, 2016, in Appeal Number 16-11574-AA, the United States Court of Appeals for the Eleventh Circuit ("**Eleventh Circuit**") dismissed Appellant Richard L. Goble's appeal of this Court's Orders denying motions to stay and for reconsideration. (Docs. 36, 40.) Specifically, the Eleventh Circuit determined that: (a) it lacked jurisdiction because this Court's Orders were not "final and appealable"; (b) the Orders appealed to this Court from the U.S. Bankruptcy Court were "themselves not appealable"; (c) Appellant's appeals were "plainly meritless"; (d) pursuant to Federal Rule of Appellate Procedure 38, sanctions should be awarded against Appellant; and (e) remand was

appropriate for the "limited purpose" of determining an appropriate sanctions award ("**Limited Remand**"). (Doc. 47.) Given these jurisdictional determinations, the proceeding before this Court is due to be remanded to U.S. Bankruptcy Court Judge Karen S. Jennemann with instructions to conduct proceedings consistent with the Eleventh Circuit's Limited Remand.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  Pursuant to the Opinion and Mandate of the U.S. Court of Appeals for the Eleventh Circuit (Doc. 47), this matter is **REMANDED** to the U.S. Bankruptcy Court for further proceedings in accordance with the Limited Remand.

2.  The Clerk is **DIRECTED** to:

    a.  transmit to the U.S. Bankruptcy Court a certified copy of this Order, and the Opinion and Mandate of the United States Court of Appeals for the Eleventh Circuit (Doc. 47); and

    b.  terminate all pending motions and close the appellate file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 5, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

2

Counsel of Record

U.S. Bankruptcy Court Judge Karen S. Jennemann